IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEFF EASLEY, ) | Civil Action No. 7:11-cv-00516 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| SERGEANT HUBBARD, <u>et al.</u>, ) | By:    Hon. Michael F. Urbanski | |
|     Defendants. ) | United States District Judge | |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

    Entered: November 8, 2011

    */s/ Michael F. Urbanski*

    Michael F. Urbanski
    United States District Judge